UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTIAN YAIR DE LA CRUZ GUILLERMO, <br><br>    Petitioner, <br><br>v. <br><br>DERRICK STRAMPER, *in his official capacity as Chief Patrol Agent of Houlton Sector, U.S. Border Patrol*, et al., <br><br>    Respondents. | No. 2:26-cv-00040-JAW |

**ORDER TO SHOW CAUSE**

On January 22, 2026, Christian Yair De La Cruz Guillermo filed a verified petition for writ of habeas corpus and an emergency motion seeking a temporary restraining order (TRO) against his removal from the District of Maine and to ensure his access to counsel pending his habeas proceedings. *Pet. for Writ of Habeas Corpus* (ECF No. 1) (*Pet.*); *Emer. Mot. for TRO to Stop Transfer Without Prior Consent* (ECF No. 2) (*Mot. for TRO*). Mr. Guillermo, a resident of Middlesex County, Massachusetts, is a citizen of Mexico who entered the United States without inspection on or about July 21, 2023. *Pet.* ¶¶ 1-2, 23-25. On January 15, 2026, U.S. Immigration and Customs Enforcement arrested Mr. Guillermo at a construction worksite in Bethel, Maine. *Id.* ¶¶ 3, 28-29. Mr. Guillermo alleges ICE arrested him without a warrant. *Id.* ¶ 29. He alleges his detention violates the Immigration Nationality Act and his due process rights under the Fifth Amendment of the United States Constitution. *Id.*

¶¶ 40-49.  He seeks, among other remedies, a writ of habeas corpus ordering his immediate release during his habeas proceedings, or in the alternative, an order requiring an Immigration Judge to provide him with a bond hearing as soon as possible.  *Id.* 10-11.

In accordance with 28 U.S.C. § 2243, the Court ORDERS Respondents to SHOW CAUSE by January 28, 2026, why this petition for a writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243.  The Court further ORDERS Christian Yair De La Cruz Guillermo to file their reply no later than seven days after Respondents file their answer to this order to show cause.  The Court also ORDERS both the Respondents and Mr. Guillermo to include in their respective briefings their position on whether the Court can resolve Mr. Guillermo's petition on briefing without oral argument, as well as whether the Court should schedule an evidentiary hearing or proceed on the documentation provided by the parties, and, if so, which documents will comprise the evidentiary record.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2026