UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CRISTIAN YAIR<br>DE LA CRUZ GUILLERMO,<br><br>  Petitioner<br><br>v.<br><br>DERRICK STAMPER, et al.,<br><br>  Respondents | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 2:26-cv-00040-JAW<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order Granting Petition for Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on January 28, 2026;

The Petition for Writ of Habeas Corpus is Granted.

Dated this 29th day of January 2026.

                                            ERIC M. STORMS
                                            ACTING CLERK


                              By:   /s/ Joanne McCue
                                        Deputy Clerk